# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1892

_____

| | | |
|---|---|---|
| Delmus R. Romine, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Jo Anne B. Barnhart, Commissioner, | * | Eastern District of Arkansas. |
| Social Security Administration, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: December 23, 2003

Filed: January 5, 2004

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Delmus Romine appeals the district court's[1] decision upholding the Commissioner's denial of his application for disability insurance benefits after a hearing before an administrative law judge (ALJ), and after the Appeals Council denied review. Having reviewed the record, including the new evidence submitted

_____

[1]The Honorable Henry L. Jones, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

to the Appeals Council, we find that the Commissioner's final decision is supported by substantial evidence on the record as a whole.  See Cunningham v. Apfel, 222 F.3d 496, 500 (8th Cir. 2000).  In particular, the ALJ gave appropriate weight to Romine's subjective complaints, made explicit findings regarding his residual functional capacity, considered his impairments in combination, and fully developed the record.

Accordingly, the judgment is affirmed.

_____